IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| CANDACE E. TAYLOR | § | PLAINTIFF |
| | § | |
| v. | § | Civil No. 1:21-cv-294-HSO-BWR |
| | § | |
| DENIS MCDONOUGH, Secretary for U.S. Department of Veterans Affairs | § § § § | DEFENDANT |

## FINAL JUDGMENT

In accordance with the Court's Memorandum Opinion and Order entered herewith, the Court finds that this civil action should be dismissed pursuant to Fed. R. Civ. P. 56(a).

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Plaintiff Candace E. Taylor's claims against Defendant Denis McDonough, Secretary for U.S. Department of Veterans Affairs, are **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED,** this the 3rd day of February, 2023.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE